UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>MICHAEL LY, et al.,<br><br>　　　　　Defendants. | NO. CR12-5001BHS<br><br>ORDER FOR<br>EXTENSION OF TIME |

Based upon the motion of the United States and the entirety of the records and files herein, the COURT HEREBY ORDERS THAT:

The United States' motion for extension of time be GRANTED and that the United States' response to the Defendants' Motion to Continue Sentencings is now due on Tuesday, October 8th.

IT IS SO ORDERED

DATED this 2nd day of October, 2013

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
TESSA M. GORMAN
Assistant United States Attorney

ORDER FOR EXTENSION OF TIME - 1
U.S. v. LY, et al.; CR12-5001BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800